ACCEPTED
06-14-00219-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 9:57:21 AM
DEBBIE AUTREY
CLERK

**IN THE COURT OF APPEALS**
**SIXTH DISTRICT OF TEXAS**
**TEXARKANA,  TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/20/2015 9:57:21 AM

DEBBIE AUTREY
Clerk

**DAMION DEWAYNE WILLIAMS**          §

**VS.**          §          **CASE NO. 06-14-00219-CR**

**THE STATE OF TEXAS**          §

### NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel hereby makes her appearance as counsel of record for Appellant,

DAMION DEWAYNE WILLIAMS, to replace his court appointed counsel, Vernard Solomon,  and

requests the Court to note such appearance upon the docket of this Court.

Respectfully submitted,


 /s/ *Gena Bunn*
GENA BUNN
State Bar No. 00790323
gbunn@holmesmoore.com
**HOLMES & MOORE, P.L.L.C.**
P.O. Drawer 3267
Longview, Texas  75606
Telephone No. (903) 758-2200
Fax No. (903) 758-7864


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance of Counsel has

been mailed to Tim Cariker, Assistant District Attorney, P.O. Box 776, Marshall, Texas, on this the

20th day of February, 2015.

 /s/ *Gena Bunn*
GENA BUNN